# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **20–10097 – LSS**    Chapter: **13**

**Wilma Anita Sterverson**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 8/18/20 at 02:00 PM
by videoconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

16 – Objection to Confirmation of Chapter 13 Plan. (Branigan, Timothy)

18 – Response on behalf of Wilma Anita Sterverson Filed by Kim D. Parker (related document(s)16 Trustee's Objection to Confirmation of Plan (batch)). (Parker, Kim)

29 – Amended Chapter 13 Plan. Amount of Payments per Month: $$2436.70 total for months 1 –5; $466.10 for 55 months, Number of Months:60, Filed by Wilma Anita Sterverson. (Attachments: # 1 Certificate of Service # 2 Index)(Parker, Kim) Modified on 6/24/2020 TO CORRECT TERMS (Oliver, Yvette).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/9/20

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Gloria Bellman
                                        301–344–8031

Form ntchrgmdb (rev. 06/08/2020)